JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIE M. HARPER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:20-cv-10927-CAS-KES<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: June 28, 2022

_Christina A. Snyder_
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1