# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kalie M Harper,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  2:20-CV-10927-CAS-KES<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act ("EAJA") Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND FIVE HUNDRED AND TEN DOLLARS AND 40/100 ($5,510.40) as authorized by 28 U.S.C. § 2412 and cost in the amount of FOUR HUNDRED DOLLARS AND 00/100 ($400.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

　　　Due to the Stipulation, Plaintiff's motion for EAJA fees (Dkt. 26) is denied as moot.[1]

　　　IT IS SO ORDERED.

DATE: 10/12/2022　　　　　　　　　　_/s/ Karen E. Scott_
　　　　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The motion for EAJA fees was referred to the Magistrate Judge. (Dkt. 27.)